UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

JACKELINE TARAZONA TINEO,

Petitioner,

v.

MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; TODD BLANCHE, Acting U.S. Attorney General; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; DAVID J. VENTURELLA, Senior Official Performing the Duties of the Director, Immigration and Customs Enforcement; LUIS SOTO, Director, Delaney Hall Detention Facility,

Respondents.

Case No. 26-07030 (JKS)

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

**SO ORDERED**
*/s/ Jamel K. Semper*
**Hon. Jamel K. Semper, U.S.D.J.**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, without prejudice against the respondents pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and without costs or attorneys' fees to any party. Accordingly, the parties request that all restraints on respondents' ability to transfer or remove petitioner be dissolved.

DATED August 17, 2026

Alexander Mena, Esq.
Law Office of Lloyd E. Bennett, Esq. P.C.
4713 Bergenline Ave.
Union City, NJ 07087
E-mail: amena@lebpc.com
Tel: (201) 330-8883
Fax: (201) 330-9710
*Attorneys for Petitioner*

DATED August 17, 2026

/s/FRANCES BAJADA
Frances Bajada, Esq.
Assistant United States Attorney
United States Attorneys Office
970 Broad Street, Suite 700
Newark, NJ 07102
*Attorneys for Respondents*